1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General
5 | LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 |  Telephone: (415) 703-5846
Fax: (415) 703-5480
8 |  Email: Lisa.Sciandra@doj.ca.gov

9 | Attorneys for Defendant California Department of
Corrections and Rehabilitation[1/]

10

11

12 |           IN THE UNITED STATES DISTRICT COURT

13 |           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | **CHRISTOPHER CARREA, JR.,**                    Case No. _____

16 |                                   Plaintiff,   (San Francisco County Superior
                                                    Court, Case No. CGC 07-462148)
17 |         v.

18 | **STATE OF CALIFORNIA, et al.,**               **NOTICE OF REMOVAL OF
                                                    ACTION UNDER 28 U.S.C. §
19 |                                   Defendants.  1441(B) (FEDERAL
                                                    QUESTION)**

20

21 |      TO THE CLERK OF THE DISTRICT COURT AND TO PLAINTIFF:

22 |      PLEASE TAKE NOTICE that Defendant California Department of Corrections and

23 | Rehabilitation (CDCR) (Defendant) removes to this Court the state court action described below:

24 | ///

25 | ///

26 | _____

27 |      1. To the best knowledge of the Attorney General's Office, Defendants State of California,
Governor Arnold Schwarzenneger, CDCR Director, and Warden Poulos have not been served.
28 | Accordingly, the Attorney General's Office makes no appearance on their behalf.

Not. of Removal                                    *Carrea v. State of California, et al.*
                                                   Case No. _____

1

1     1.    On April 9, 2007, an action was commenced in the Superior Court of the State of

2  California, County of San Francisco, titled *Christopher Carrea, Jr. v. Sate of California, et al.*,

3  Case No. FCM097830.  In this Complaint Plaintiff Christopher Carrea, Jr. (Plaintiff) alleges that

4  Defendants violated 42 U.S.C. §§ 1981, 1983, 1985, 1986, and the Fifth, Sixth, Eighth, and

5  Fourteenth Amendments of the United States Constitution and that Defendants "subjected

6  Plaintiff, Carrea Christopher Jr. to constitutional torts, they have not subjected white to [*sic*]."

7  (Compl. at 2:15-22; *See also* Compl. at 3-5, 9-10, 12-13, 16-18, 20-21, 26-27, 29-32, 35, 38-39.)

8     2.    Defendant CDCR was served with a copy of the Summons and Complaint on or about

9  August 1, 2007, via the CDCR Office of Legal Affairs by the Sacramento County Sheriff's

10  Office.

11     3.    This action is a civil action within the original jurisdiction of this Court under 28

12  U.S.C. § 1331, and may be removed to this Court by Defendant under the provisions of 28

13  U.S.C. § 1441(b) because it alleges federal claims.

14     4.    Under 28 U.S.C. § 1446(a), attached is the state court file in this case, as served on

15  Defendant CDCR:

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Not. of Removal

*Carrea v. State of California, et al.*
Case No. _____

| | | | |
|---|---|---|---|
| 1 | a. | Exhibit A: | Complaint, filed April 9, 2007. |
| 2 | b. | Exhibit B: | Summons for Defendant CDCR dated April 9, 2007. |
| 3 | c. | Exhibit C: | Superior Court of California, Notice of Case Management |
| 4 | | | Conference. |

Dated:  August 24, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

LISA SCIANDRA
Deputy Attorney General
Attorneys for Defendant California Department of Corrections
and Rehabilitation

20101429.wpd
SF2007200612

Not. of Removal

*Carrea v. State of California, et al.*
Case No. _____

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Carrea v. State of California, et al.**

No.:    **CGC 07-462148**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 24, 2007, I served the attached

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION) w/ EXHIBITS A, B, and C**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Christopher Carrea (P-77287)
Richard J. Donovan Correctional Facility at
Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9006
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 24, 2007, at San Francisco, California.

| M. Luna | _M. Luna_ |
|---|---|
| Declarant | Signature |

20101962.wpd