JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS
Christopher Carrea, Jr. - Pro Se

## DEFENDANTS
California Department of Corrections and Rehabilitation (CDCR)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)
San Diego

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
Sacramento

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Christopher Carrea, Jr., P-77287, R.J. Donovan Correctional Facility, P.O. Box 799002, San Diego, CA 92179-9002

ATTORNEYS (IF KNOWN)
Lisa Sciandra, Deputy Attorney General, SBN 246532, 455 Golden Gate Ave., SF, CA 94102, (415) 703-5846, lisa.sciandra@doj.ca.gov

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

## IV. ORIGIN
[X] Removed from State Court

## V. NATURE OF SUIT
[X] 550 Civil Rights

## VI. CAUSE OF ACTION
42 U.S.C. § 1983, and U.S. Constitution

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] YES

## VIII. RELATED CASE(S) IF ANY

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
[X] SAN FRANCISCO/OAKLAND

DATE: 8/24/07

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Carrea v. State of California, et al.**

No.:   **CGC 07-462148**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 24, 2007</u>, I served the attached

**CIVIL COVER SHEET**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Christopher Carrea (P-77287)
Richard J. Donovan Correctional Facility at
Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9006
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 24, 2007, at San Francisco, California.

|                      |                  |
|----------------------|------------------|
| M. Luna              | *M. Luna*        |
| Declarant            | Signature        |

20101956.wpd