1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5846
     Fax:  (415) 703-5480
8    Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendant California Department of
   Corrections and Rehabilitation[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER CARREA, JR.,<br><br>                      Plaintiff,<br><br>         v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                      Defendants. | Case No. _____<br><br>(San Francisco County Superior<br>Court, Case No. CGC 07-462148)<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

///
///
///
///
///

_____

    1. To the best knowledge of the Attorney General's Office, Defendants State of California, Governor Arnold Schwarzenneger, CDCR Director, and Warden Poulos have not been served. Accordingly, the Attorney General's Office makes no appearance on their behalf.

Def.'s Demand for Jury Trial                                                         *Carrea v. State, et al.*
                                                                                      Case No. _____

1

1  Defendant California Department of Corrections and Rehabilitation (CDCR) demands trial
2  by jury in this case.
3  Dated: August 24, 2007
4                                        Respectfully submitted,
5                                        EDMUND G. BROWN JR.
                                         Attorney General of the State of California
6                                        DAVID S. CHANEY
                                         Chief Assistant Attorney General
7
                                         FRANCES T. GRUNDER
8                                        Senior Assistant Attorney General
                                         MICHAEL W. JORGENSON
9                                        Supervising Deputy Attorney General

                                         LISA SCIANDRA
                                         Deputy Attorney General
                                         Attorneys for Defendant California Department of Corrections
                                         and Rehabilitation

20101706.wpd
SF2007200612

Def.'s Demand for Jury Trial                                    *Carrea v. State, et al.*
                                                                Case No. _____

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Carrea v. State of California, et al.**

No.:   **CGC 07-462148**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 24, 2007, I served the attached

**DEMAND FOR JURY TRIAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Christopher Carrea (P-77287)
Richard J. Donovan Correctional Facility at
Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9006
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 24, 2007, at San Francisco, California.

|  M. Luna  |  _M. Luna_ (signature)  |
|---|---|
|  Declarant  |  Signature  |

20101978.wpd