1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General
5 | LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5846
Fax: (415) 703-5480
8 | Email: Lisa.Sciandra@doj.ca.gov

9 | Attorneys for Defendant California Department of
Corrections and Rehabilitation[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CARREA, JR.,** | Case No. _____ |
| Plaintiff, | (San Francisco County Superior Court, Case No. CGC 07-462148) |
| v. | **DEFENDANT'S NOTICE OF MOTION AND MOTION THAT THE COURT SCREEN PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915A; WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g)** |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

TO PLAINTIFF CHRISTOPHER CARREA, JR., pro se:

PLEASE TAKE NOTICE that Defendant California Department of Corrections and Rehabilitation (CDCR) (Defendant) requests that this Court screen the Complaint under 28 U.S.C. § 1915A, and that Defendant waives its right to reply to the Complaint under 42 U.S.C. §

---

1. To the best knowledge of the Attorney General's Office, Defendants State of California, Governor Arnold Schwarzenneger, CDCR Director, and Warden Poulos have not been served. Accordingly, the Attorney General's Office makes no appearance on their behalf.

Def.'s Not. Mot. & Mot. Screen Compl. & Waiver of Reply          *Carrea v. State, et al.*
                                                                  Case No. _____

1997e(g).

A. **Background.**

Defendant removed this case from the Superior Court of California, County of Sacramento, to this Court under 28 U.S.C. § 1441(b) on August 24, 2007. Defendant must respond to Plaintiff's Complaint within five days of filing their petition for removal. Fed. R. Civ. P. 81(c). However, Defendant waives its right to reply so that the Court may screen the Complaint under 28 U.S.C. § 1915A.

B. **Defendant Requests that the Court Screen Plaintiff's Complaint Under 28 U.S.C. § 1915A.**

Under 28 U.S.C. § 1915A, "[t]he court shall review, before docketing, if feasible, or in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." Upon such review, the court shall identify cognizable claims or dismiss any or all portions of the complaint if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915A(b).

Thus, Defendant requests that the Court screen Plaintiff's Complaint and dismiss those claims and defendants, if any, that the Court believes should be dismissed.

C. **Defendant Waives Its Right to Reply to Plaintiff's Complaint.**

Defendant waives its right to reply to Plaintiff's Complaint. Under 42 U.S.C. § 1997e(g), "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under . . . Federal law. Notwithstanding any other law or rule of procedure, such a waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed." However, "the Court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42 U.S.C. § 1997e(g)(2).

Assuming that the Court does not dismiss the Complaint in its entirety, Defendant requests that the Court allow 60 days from the date of the Court's order for Defendant to file its

1  responsive pleading. If additional defendants are ordered to be served, Defendant respectfully
2  requests that, in the interest of judicial efficiency and the efficiency of the parties, the Court set
3  one responsive pleading date sixty days after the final defendant has been served.

4  **D.  Defendant Requests that the Court Transfer this Action to the Central District.**

5  Defendant respectfully requests that the Court *sua sponte* transfer this action from the
6  California Northern District Court to the California Central District Court. This action was
7  originally filed in the Superior Court of the State of California, County of San Francisco, in the
8  Northern District. The alleged actions that Plaintiff complains of took place at the California
9  Institution for Men in Chino, California, which is located in San Bernardino County in the
10 Central District.

11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Def.'s Not. Mot. & Mot. Screen Compl. & Waiver of Reply                              *Carrea v. State, et al.*
                                                                                      Case No. _____

1  **E.  Conclusion.**

2  Defendant respectfully requests that the Court screen Plaintiff's Complaint under 28 U.S.C.

3  § 1915A. Furthermore, in order to allow the Court sufficient time to complete a screening,

4  Defendant waives its right to reply to Plaintiff's Complaint under 42 U.S.C. § 1997e(g). Lastly,

5  Defendant respectfully requests that the Court *sua sponte* transfer this action from the California

6  Northern District Court to the California Central District Court.

7  Dated: August 24, 2007

8  Respectfully submitted,

9  EDMUND G. BROWN JR.
Attorney General of the State of California

10  DAVID S. CHANEY
Chief Assistant Attorney General

11  FRANCES T. GRUNDER
Senior Assistant Attorney General

12

13  MICHAEL W. JORGENSON
Supervising Deputy Attorney General

14

15

16  LISA SCIANDRA
Deputy Attorney General
Defendant California Department of Corrections and
Rehabilitation

20  20101688.wpd
SF2007200612

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Carrea v. State of California, et al.**

No.:   **CGC 07-462148**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 24, 2007, I served the attached

**DEFENDANT'S NOTICE OF MOTION AND MOTION THAT THE COURT SCREEN PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915A; WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Christopher Carrea (P-77287)
Richard J. Donovan Correctional Facility at
Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9006
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 24, 2007, at San Francisco, California.

| M. Luna | M. Luna |
| --- | --- |
| Declarant | Signature |

20101976.wpd