UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CARREA, JR.,

        Plaintiff,

    v.

STATE OF CALIFORNIA; State of California Governor ARNOLD SCHWARZENEGGER; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; DIRECTOR, California Department of Corrections and Rehabilitation; and Warden POULOS, California Institution for Men,

        Defendants.
                                          /

No. C 07-4387 PJH (PR)

**ORDER OF TRANSFER**

Plaintiff originally filed this case in state court in San Francisco, but defendant California Department of Corrections and Rehabilitation removed it to this court.[1] Plaintiff complains about over-crowding and an assault on him by other inmates where he was housed, at the California Institution for Men, in Chino, California. Chino is in the venue of the United States District Court for the Central District of California. For the convenience of the parties and witnesses and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated: August 28, 2007.

                                                    PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\CR.07\carrea397.trn.wpd

---

[1] The removal waived the Department's Eleventh Amendment immunity. *See Embury v. King*, 361 F.3d 562, 565-66 (9th Cir. 2004).