UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CARREA JR,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendants.
                                          /

Case Number: CV07-04387 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Carrea P-77287
Richard J. Donovan Correctional Facility at Rock Mountain
F2-10-317
P.O. Box 799002
San Diego, CA 92179-9002

Dated: August 28, 2007

                              Richard W. Wieking, Clerk
                              By: Nichole Heuerman, Deputy Clerk