1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5846
     Fax:  (415) 703-5480
8    Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendant California Department of
   Corrections and Rehabilitation
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN FRANCISCO DIVISION
14

15

16 | **CHRISTOPHER CARREA, JR.,** | Case No. C 07 4387 PJH

17 |                      Plaintiff, | (San Francisco County Superior Court, Case No. CGC 07-462148)

18 | v. | **CERTIFICATE OF SERVICE OF NOTICE TO COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

19 | **STATE OF CALIFORNIA, et al.,**

20 |                      Defendants.

21

22      I, L. Santos, certify and declare as follows:

23      I am over the age of 18 years, and I am not a party to this action.  My business address,

24  Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, California

25  94109, is located in the city, county, and state where the mailing described below took place.

26      I am familiar with the business practice at the Office of the Attorney General for the

27  collection and processing of correspondence for mailing with the United States Postal Service.

28  In accordance with that practice, correspondence placed in the internal mail collection at the

Cert. Serv. of Not. Ct. & Adverse Party of Removal to Fed. Ct.          *Carrea v. State of California, et al.*
                                                                                        C 07 4387 PJH

1  Office of the Attorney General is deposited with the United States Postal Service that same day
2  in the ordinary course of business.
3      On August 28, 2007, I deposited in the internal mail collection system at the Office of the
4  Attorney General for delivery via United States Mail, a copy of the Notice to the Court and to
5  Adverse Party of Removal to Federal Court, dated August 28, 2007, a copy of which is attached
6  to this Certificate. I mailed the Notice to the Court and to Adverse Party of Removal to Federal
7  Court to Plaintiff Christopher Carrea, Jr., CDCR Number P-77287, at Richard J. Donovan
8  Correctional Facility at Rock Mountain, P.O. Box 799006, San Diego, California 92179-9006.
9      I declare under penalty of perjury that the foregoing is true and correct.
10     Executed on August 28, 2007, in San Francisco, California.

12  _____
    L. Santos

15  20102361.wpd
16  SF2007200612

Cert. Serv. of Not. Ct. & Adverse Party of Removal to Fed. Ct.    *Carrea v. State of California, et al.*
C 07 4387 PJH

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Carrea v. State of California, et al.**

No.:   **C 07-4387 PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 28, 2007</u>, I served the attached

### CERTIFICATE OF SERVICE OF NOTICE TO COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Christopher Carrea**
**P-77287**
**Richard J. Donovan Correctional Facility**
**at Rock Mountain**
**P.O. Box 799006**
**San Diego, CA 92179-9006**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 28, 2007, at San Francisco, California.

|  |  |
|---|---|
| L. Santos | L. Santos (signature) |
| Declarant | Signature |

20102454.wpd