1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5846
    Fax: (415) 703-5480
8   Email: Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendant California Department of
   Corrections and Rehabilitation[1]

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| **CHRISTOPHER CARREA, JR.,** | Case No. CGC 07-462148 |
| Plaintiff, | (United States District Court, Northern District of California Case No. C 07 4387 PJH) |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | **NOTICE TO COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| Defendants. | |

TO THE CLERK OF THE SUPERIOR COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE that defendant California Department of Corrections and Rehabilitation (CDCR) (defendant) filed a Notice of Removal of this action on August 24, 2007, in the United States District Court, Northern District of California, Case No. C 07 4387 PJH.

///

---

1. To the best knowledge of the Attorney General's Office, Defendants State of California, Governor Arnold Schwarzenegger, CDCR Director, and Warden Poulos have not been served. Accordingly, the Attorney General's Office makes no appearance on their behalf.

Not. Ct. & Adverse Party of Removal to Fed. Ct.   *Carrea v. State of California, et al.*
                                                  CGC 07-462148

1

1  A copy of the Notice of Removal is attached to this Notice.

2  Dated: August 28, 2007

3          Respectfully submitted,

4  EDMUND G. BROWN JR.
   Attorney General of the State of California

5  DAVID S. CHANEY
   Chief Assistant Attorney General

6

7  FRANCES T. GRUNDER
   Senior Assistant Attorney General

8  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General

9

10

11

12  LISA SCIANDRA
   Deputy Attorney General
   Attorneys for Defendant California Department of Corrections

13  and Rehabilitation

14

15  20102139.wpd
   SF2007200612

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Carrea v. State of California, et al.**

No.:  **CGC 07-462148**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 28, 2007,</u> I served the attached

### NOTICE TO COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Christopher Carrea**
**P-77287**
**Richard J. Donovan Correctional Facility**
**at Rock Mountain**
**P.O. Box 799006**
**San Diego, CA 92179-9006**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 28, 2007, at San Francisco, California.

|  L. Santos  |  *L. Santos* (signature)  |
| :---: | :---: |
| Declarant | Signature |

20102459.wpd